UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

**Order Filed on April 19, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Hudson Saintyl

| | |
|---|---|
| Case No.: | 16-23275 |
| Chapter: | 13 |
| Hearing Date: | |
| Judge: | MBK |

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following pages, numbered two (2) through _____ is hereby **ORDERED**.

**DATED: April 19, 2017**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Laurence Sheller_____, the applicant, is allowed a fee of $ _____600_____ for services rendered and expenses in the amount of $_____0.00_____ for a total of $_____600_____ . The allowance shall be payable:

- ☑ through the Chapter 13 plan as an administrative priority.
- ❏ outside the plan.

The debtor's monthly plan is modified to require a payment of $____1171____ per month for ___51___ months to allow for payment of the aforesaid fee.