**ROB SALTZMAN, ESQUIRE**
**PLUESE, BECKER & SALTZMAN, LLC**
**Attorneys At Law**
**RS1765**
20000 Horizon Way, Suite 900
Mt. Laurel, New Jersey 08054-4318
(856) 813-1700
**Attorneys for the Mortgagee**
<u>085486B</u>

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

CASE NO. 16-23275-MBK

In re:

    Hudson Saintyl

**CERTIFICATION OF COUNSEL
IN SUPPORT OF CONSENT ORDER**

**DEBTOR**

1. I am an attorney, licensed to practice law in the State of New Jersey, am a Member of the law firm of Pluese, Becker & Saltzman, LLC and am responsible for the representation of and authorized to make this Certification on behalf of the Secured Creditor/First Mortgagee, Ditech Financial LLC f/k/a Green Tree Servicing LLC servicer of the Mortgagee, The Bank of New York Mellon f/k/a The Bank of New York, as Trustee for The Certificateholders CWABS, Inc., Asset-Backed Certificates, Series 2007-12 (collectively, the "Mortgagee") in the above-captioned matter. I make this Certification of my own personal knowledge and predicated upon matters of record as reflected by documents contained in our firm's file.

2. Debtor proposes to surrender the property located at 59 Bergen Mills Road, Monroe, NJ 08831.

3. Debtor, by and through Counsel, has agreed to allow the Mortgagee relief from the Automatic Stay.

4. Accordingly, the Mortgagee on behalf of both Parties, respectfully requests that the annexed proposed form of Consent Order to be entered, memorializing the Parties' agreement for relief from the Automatic Stay.

I hereby certify that the foregoing statements made by me are true and correct to the best of my knowledge, information, and belief. I am aware that if any of the foregoing statements are wilfully false, I am subject to punishment.

Respectfully Submitted,

Pluese, Becker & Saltzman, LLC

By:     /s/ Rob Saltzman
      Rob Saltzman
      Attorneys for Ditech Financial LLC

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2C

Rob Saltzman, Esquire
Pluese, Becker & Saltzman, LLC
RS1765
20000 Horizon Way, Suite 900
Mount Laurel, NJ 08054-4318
(856) 813-1700
Attorneys' for the Mortgagee
File No. 085486B

In Re:

Hudson Saintyl

Case No.: 16-23275-MBK

Hearing Date: N/A

Judge: Michael B. Kaplan

# CONSENT ORDER
## VACATING THE AUTOMATIC STAY AS TO REAL PROPERTY

The relief set forth on the following pages, numbered two (2) through (3) is hereby **ORDERED.**

**Page 2**
Debtor: Hudson Saintyl
Case No: 16-23275-MBK
Caption of Order: Consent Order Vacating the Automatic Stay as to Real Property

This matter having come before the Court on the Application of Ditech Financial LLC f/k/a Green Tree Servicing LLC servicer of the Mortgagee, The Bank of New York Mellon f/k/a The Bank of New York, as Trustee for The Certificateholders CWABS, Inc., Asset-Backed Certificates, Series 2007-12 (collectively, the "Mortgagee"), Mortgagee, by and through counsel, Pluese, Becker & Saltzman, LLC, Rob Saltzman, Esquire, appearing and the Debtor, by and through counsel, Laurence R. Sheller, Esquire, having consented hereto and good cause having been shown; IT is hereby, ORDERED as follows:

1. The automatic stay of Bankruptcy Code section 362(a) is vacated to permit the Movant to institute or resume and prosecute to conclusion one or more action(s) in the court(s) of appropriate jurisdiction to foreclose mortgage(s) held by the Movant upon the following:

2. This Order shall be immediately effective as to the property located:

   ✓ 59 Bergen Mills Road
     Monroe, NJ 08831

3. The Movant may, but need not join the Debtor and any Trustee appointed in this case as defendants in its foreclosure action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

4. The Movant shall serve this order on the Debtor, any Trustee and other party who entered an appearance on the motion.

**Page 3**
Debtor: Hudson Saintyl
Case No: 16-23275-MBK
Caption of Order: Consent Order Vacating the Automatic Stay as to Real Property

We hereby consent to the form and entry of the within Order.

PLUESE, BECKER & SALTZMAN, LLC            LAURENCE R. SHELLER

By: /s/ Rob Saltzman                        By:    /s/ Laurence R. Sheller
    Rob Saltzman, Esquire                           Laurence R. Sheller, Esquire
    Attorneys for the Mortgagee                     Attorney for the Debtor