UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2C

Rob Saltzman, Esquire
Pluese, Becker & Saltzman, LLC
RS1765
20000 Horizon Way, Suite 900
Mount Laurel, NJ 08054-4318
(856) 813-1700
Attorneys' for the Mortgagee
File No. 085486B

In Re:

Hudson Saintyl

**Order Filed on April 24, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.: 16-23275-MBK

Hearing Date: N/A

Judge: Michael B. Kaplan

## CONSENT ORDER
## VACATING THE AUTOMATIC STAY AS TO REAL PROPERTY

The relief set forth on the following pages, numbered two (2) through (3) is hereby **ORDERED.**

**DATED: April 24, 2017**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

**Page 2**
Debtor: Hudson Saintyl
Case No: 16-23275-MBK
Caption of Order: Consent Order Vacating the Automatic Stay as to Real Property

This matter having come before the Court on the Application of Ditech Financial LLC f/k/a Green Tree Servicing LLC servicer of the Mortgagee, The Bank of New York Mellon f/k/a The Bank of New York, as Trustee for The Certificateholders CWABS, Inc., Asset-Backed Certificates, Series 2007-12 (collectively, the "Mortgagee"), Mortgagee, by and through counsel, Pluese, Becker & Saltzman, LLC, Rob Saltzman, Esquire, appearing and the Debtor, by and through counsel, Laurence R. Sheller, Esquire, having consented hereto and good cause having been shown; IT is hereby, ORDERED as follows:

1.  The automatic stay of Bankruptcy Code section 362(a) is vacated to permit the Movant to institute or resume and prosecute to conclusion one or more action(s) in the court(s) of appropriate jurisdiction to foreclose mortgage(s) held by the Movant upon the following:


2.  This Order shall be immediately effective as to the property located:

> ✓ 59 Bergen Mills Road
> Monroe, NJ 08831


3.  The Movant may, but need not join the Debtor and any Trustee appointed in this case as defendants in its foreclosure action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.


4.  The Movant shall serve this order on the Debtor, any Trustee and other party who entered an appearance on the motion.

**Page 3**
Debtor: Hudson Saintyl
Case No: 16-23275-MBK
Caption of Order: Consent Order Vacating the Automatic Stay as to Real Property

We hereby consent to the form and entry of the within Order.


PLUESE, BECKER & SALTZMAN, LLC          LAURENCE R. SHELLER

By: /s/ Rob Saltzman_____          By:    /s/ Laurence R. Sheller____
    Rob Saltzman, Esquire                     Laurence R. Sheller, Esquire
    Attorneys for the Mortgagee               Attorney for the Debtor