UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2C

Rob Saltzman, Esquire

Pluese, Becker & Saltzman, LLC

RS1765

20000 Horizon Way, Suite 900

Mount Laurel, NJ 08054-4318

(856) 813-1700

Attorneys' for the Mortgagee

File No. 085486B

In Re:

Hudson Saintyl

**Order Filed on April 24, 2017**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

Case No.: 16-23275-MBK

Hearing Date: N/A

Judge: Michael B. Kaplan

## CONSENT ORDER
## VACATING THE AUTOMATIC STAY AS TO REAL PROPERTY

The relief set forth on the following pages, numbered two (2) through (3) is hereby **ORDERED.**

**DATED: April 24, 2017**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

**Page 2**
Debtor: Hudson Saintyl
Case No: 16-23275-MBK
Caption of Order: Consent Order Vacating the Automatic Stay as to Real Property

This matter having come before the Court on the Application of Ditech Financial LLC f/k/a Green Tree Servicing LLC servicer of the Mortgagee, The Bank of New York Mellon f/k/a The Bank of New York, as Trustee for The Certificateholders CWABS, Inc., Asset-Backed Certificates, Series 2007-12 (collectively, the "Mortgagee"), Mortgagee, by and through counsel, Pluese, Becker & Saltzman, LLC, Rob Saltzman, Esquire, appearing and the Debtor, by and through counsel, Laurence R. Sheller, Esquire, having consented hereto and good cause having been shown; IT is hereby, ORDERED as follows:

1.  The automatic stay of Bankruptcy Code section 362(a) is vacated to permit the Movant to institute or resume and prosecute to conclusion one or more action(s) in the court(s) of appropriate jurisdiction to foreclose mortgage(s) held by the Movant upon the following:

2.  This Order shall be immediately effective as to the property located:

     ✓ 59 Bergen Mills Road
       Monroe, NJ 08831

3.  The Movant may, but need not join the Debtor and any Trustee appointed in this case as defendants in its foreclosure action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

4.  The Movant shall serve this order on the Debtor, any Trustee and other party who entered an appearance on the motion.

**Page 3**
Debtor: Hudson Saintyl
Case No: 16-23275-MBK
Caption of Order: Consent Order Vacating the Automatic Stay as to Real Property

We hereby consent to the form and entry of the within Order.

PLUESE, BECKER & SALTZMAN, LLC          LAURENCE R. SHELLER

By: /s/ Rob Saltzman                    By:    /s/ Laurence R. Sheller
    Rob Saltzman, Esquire                       Laurence R. Sheller, Esquire
    Attorneys for the Mortgagee                 Attorney for the Debtor

United States Bankruptcy Court
District of New Jersey

In re:                                                                 Case No. 16-23275-MBK
Hudson Saintyl                                                          Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1          Date Rcvd: Apr 24, 2017
                             Form ID: pdf903           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 26, 2017.
db             +Hudson Saintyl,    14 Maple St.,    East Brunswick, NJ 08816-4450

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                      TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 26, 2017                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 24, 2017 at the address(es) listed below:
        Albert  Russo   on behalf of Trustee Albert  Russo docs@russotrustee.com
        Albert  Russo   docs@russotrustee.com
        Denise E. Carlon   on behalf of Creditor   PNC Bank, National Association dcarlon@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        Laurence R. Sheller   on behalf of Debtor Hudson  Saintyl laurence.sheller@gmail.com
        Robert P. Saltzman   on behalf of Creditor   The Bank of New York Mellon f/k/a The Bank of New
         York, as Trustee for The Certificateholders CWABS, Inc., Asset-Backed Certificates, Series
         2007-12 dnj@pbslaw.org
                                                                                      TOTAL: 5