UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**Order Filed on April 27, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

   Hudson Saintyl

Case No.: 16-23275

Hearing Date: 4/25/17

Judge: MBK

Order Expunging Claim

The relief set forth on the following pages, numbered two (2) through   2   is hereby **ORDERED**.

**DATED: April 27, 2017**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

THIS MATTER being opened to the Court by Laurence Sheller, attorney for the debtor, Hudson Saintyl, for an Order Expunging Claim in the above case; and the court having considered the pleadings in support of this application; and opposing papers, if any; and for good and other sufficient cause having been shown:

IT IS ON THIS            DAY OF            , 2017, Ordered and Adjudged that:

1. The debtor's motion to expunge claims be and the same is hereby granted; and further
2. The following claim of the following creditor be and the same is hereby expunged from the case:

Claim 2:    Bank of NY Mellon (f/k/a Bank of New York as Trustee for The Certificateholders CWABS, Inc., Asset- Backed Certificates, Series 2007-12)

3. That a copy of this Order shall be served on the Chapter 13 Trustee and the aforementioned creditors within 7 days of debtors's attorney's receipt of same.

_____
Hon. Michael B. Kaplan