UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

In Re:

   Hudson Saintyl

**Order Filed on April 27, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.: 16-23275

Hearing Date: 4/25/17

Judge: MBK

Order Expunging Claim

The relief set forth on the following pages, numbered two (2) through   2   is hereby **ORDERED**.

**DATED: April 27, 2017**

*Honorable Michael B. Kaplan*
United States Bankruptcy Judge

THIS MATTER being opened to the Court by Laurence Shelper, attorney for the debtor, Hudson Saintyl, for an Order Expunging Claim in the above case; and the court having considered the pleadings in support of this application; and opposing papers, if any; and for good and other sufficient cause having been shown:

IT IS ON THIS                DAY OF                , 2017, Ordered and Adjudged that:

1. The debtor's motion to expunge claims be and the same is hereby granted; and further
2. The following claim of the following creditor be and the same is hereby expunged from the case:

Claim 2:    Bank of NY Mellon (f/k/a Bank of New York as Trustee for The Certificateholders CWABS, Inc., Asset- Backed Certificates, Series 2007-12)

3. That a copy of this Order shall be served on the Chapter 13 Trustee and the aforementioned creditors within 7 days of debtors's attorney's receipt of same.

_____
Hon. Michael B. Kaplan

United States Bankruptcy Court
District of New Jersey

In re:  
Hudson Saintyl  
    Debtor

Case No. 16-23275-MBK  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3   User: admin   Page 1 of 1   Date Rcvd: Apr 27, 2017  
                Form ID: pdf903   Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 29, 2017.  
db         +Hudson Saintyl,   14 Maple St.,   East Brunswick, NJ 08816-4450

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.       TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 29, 2017                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 27, 2017 at the address(es) listed below:

      Albert Russo   on behalf of Trustee Albert Russo docs@russotrustee.com  
      Albert Russo   docs@russotrustee.com  
      Denise E. Carlon   on behalf of Creditor PNC Bank, National Association dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
      Laurence R. Sheller   on behalf of Debtor Hudson Saintyl laurence.sheller@gmail.com  
      Robert P. Saltzman   on behalf of Creditor The Bank of New York Mellon f/k/a The Bank of New York, as Trustee for The Certificateholders CWABS, Inc., Asset-Backed Certificates, Series 2007-12 dnj@pbslaw.org  
                                                                              TOTAL: 5