UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

In Re:

Hudson Saintyl

Order Filed on July 25, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 16-23275
Adv. No.:

Hearing Date: 8/14/18
Judge: MBK

Revised Order Approving Loan Modification and Reinstating the Automatic Stay

The relief set forth on the following pages, numbered two (2) through ___2___ is hereby **ORDERED**.

**DATED: July 25, 2018**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

THIS MATTER being opened to the Court by Laurence Shekler, attorney for the debtor, Hudson Saintyl, for an Order Approving the Loan Modification of PNC Bank and to Reinstate the Automatic Stay; and for good and other sufficient cause having been shown:

IT IS ON THIS 24th DAY OF July , 2018, Ordered and Adjudged that:

1. The debtor's motion for approval of loan modification be and the same is hereby granted; and it is further

2. The automatic stay which was vacated on 5/17/18 be and the same is hereby reinstated; and it is further

3. That a copy of this Order shall be served on the Chapter 13 Trustee within 7 days of debtors's attorney's receipt of same.