UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

In Re:

Hudson Saintyl

**Order Filed on July 25, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.: 16-23275

Adv. No.:

Hearing Date: 8/14/18
Judge: MBK

Revised Order Approving Loan Modification and Reinstating the Automatic Stay

The relief set forth on the following pages, numbered two (2) through __2__ is hereby **ORDERED**.

**DATED: July 25, 2018**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

THIS MATTER being opened to the Court by Laurence Sheller, attorney for the debtor, Hudson Saintyl, for an Order Approving the Loan Modification of PNC Bank and to Reinstate the Automatic Stay; and for good and other sufficient cause having been shown:

IT IS ON THIS  24th     DAY OF July    , 2018, Ordered and Adjudged that:

1. The debtor's motion for approval of loan modification be and the same is hereby granted; and it is further

2. The automatic stay which was vacated on 5/17/18 be and the same is hereby reinstated; and it is further

3. That a copy of this Order shall be served on the Chapter 13 Trustee within 7 days of debtors's attorney's receipt of same.

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 16-23275-MBK
Hudson Saintyl                                                            Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3        User: admin           Page 1 of 1            Date Rcvd: Jul 25, 2018
                            Form ID: pdf903       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 27, 2018.
db             +Hudson Saintyl,    14 Maple St.,    East Brunswick, NJ 08816-4450

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                     TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 27, 2018                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 25, 2018 at the address(es) listed below:
        Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
        Albert   Russo    docs@russotrustee.com
        Denise E. Carlon    on behalf of Creditor   PNC Bank, National Association dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
        Kevin Gordon McDonald    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of New York, as Trustee for The Certificateholders CWABS, Inc., Asset-Backed Certificates, Series 2007-12 kmcdonald@blankrome.com,    bkgroup@kmllawgroup.com
        Laurence R. Sheller    on behalf of Debtor Hudson   Saintyl laurence.sheller@gmail.com
        Rebecca Ann Solarz    on behalf of Creditor    THE BANK OF NEW YORK MELLON, F/K/A THE BANK OF NEW YORK AS TRUSTEE FOR REGISTERED HOLDERS OF CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2007-12 rsolarz@kmllawgroup.com
        Robert P. Saltzman    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of New York, as Trustee for The Certificateholders CWABS, Inc., Asset-Backed Certificates, Series 2007-12 dnj@pbslaw.org
                                                                                          TOTAL: 7