UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Hudson Saintyl

Case No.: 16-23275
Chapter: 7
Judge: MBK

**NOTICE OF PROPOSED ABANDONMENT**

_____Karen E. Bezner_____, _____Trustee_____ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:
Jeanne A. Naughton, Clerk
United States Bankruptcy Court
United States Courthouse
402 East State Street
Trenton, New Jersey  08608

If an objection is filed, a hearing will be held before the Honorable __Michael B. Kaplan, U.S.B.J.__ on __February 11, 2019__ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __8__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:
59 Bergen Mills Road
Monroe, New Jersey
Valued at $1,089,000.00

Liens on property:
Bank of New York, $1,174,880.00

Amount of equity claimed as exempt: $0.00

Objections must be served on, and requests for additional information directed to:

Name: Karen E. Bezner, Trustee  /s/ Karen E. Bezner
Address: 567 Park Avenue, Suite 103, Scotch Plains, New Jersey  07076
Telephone No.: (908) 322-8484

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                                  Case No. 16-23275-MBK
Hudson Saintyl                                                                          Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin                    Page 1 of 2              Date Rcvd: Jan 09, 2019
                              Form ID: pdf905                Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 11, 2019.
```
db          +Hudson Saintyl,   14 Maple St.,    East Brunswick, NJ 08816-4450
cr          +THE BANK OF NEW YORK MELLON, F/K/A THE BANK OF NEW,    Phelan Hallinan & Schmieg, PC,
              400 Fellowship Road,   Suite 100,    Mt. Laurel, NJ 08054-3437
517251273   +Carrington Mortgage Services as Servicer,    1600 South Douglass Road,    Anaheim, CA 92806-5951
517251274   +Carrington Mortgage Services as Servicer,    1600 South Douglass Road,    Anaheim, CA 92806,
              Carrington Mortgage Services as Servicer,    1600 South Douglass Road,    Anaheim, CA 92806-5951
516282022   +McCabe, Weisberg & Conway,    216 Haddon Ave.,   Collingswood, NJ 08108-1120
516282023   +PNC Bank,   2730 Liberty Ave,   Pittsburgh, PA 15222-4747
516504993   +PNC Bank, National Association,    c/o PNC Mortgage, a division of PNC Bank,
              3232 Newmark Drive,   Miamisburg, OH 45342-5421
516282025   +Sheriff Cape May County,    9 N Main St,   Cape May Court House, NJ 08210-2117
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: usanj.njbankr@usdoj.gov Jan 09 2019 23:38:17     U.S. Attorney,   970 Broad St.,
              Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 09 2019 23:38:11     United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
              Newark, NJ 07102-5235
516282021   +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jan 09 2019 23:44:33     Capital One,
              PO Box 30281,   Salt Lake City, UT 84130-0281
516361417    E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jan 09 2019 23:44:08
              Capital One Bank (USA), N.A.,    PO Box 71083,   Charlotte, NC  28272-1083
516502457   +E-mail/Text: bncmail@w-legal.com Jan 09 2019 23:38:25     CarePoint Health - Physcan GSHA,
              C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
516502448    E-mail/Text: bankruptcy.bnc@ditech.com Jan 09 2019 23:37:47     The Bank of New York Mellon,
              c/o Ditech Financial LLC,   PO Box 6154,   Rapid City, SD 57709-6154
                                                                                              TOTAL: 6
```

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
516282024   ##+Ruth Saintyl nka Garces,    59 Bergen Mills Rd.,   Monroe Township, NJ 08831-5812
                                                                                   TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 11, 2019                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 8, 2019 at the address(es) listed below:
```
              Albert  Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor   PNC Bank, National Association dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Karen E. Bezner    Kbez@bellatlantic.net, NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com
              Karen E. Bezner    on behalf of Trustee Karen E. Bezner Kbez@bellatlantic.net,
               NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com
              Kevin Gordon McDonald    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of New
               York, as Trustee for The Certificateholders CWABS, Inc., Asset-Backed Certificates, Series
               2007-12 kmcdonald@blankrome.com, bkgroup@kmllawgroup.com
              Laurence R. Sheller    on behalf of Debtor Hudson  Saintyl laurence.sheller@gmail.com
              Rebecca Ann Solarz    on behalf of Creditor    THE BANK OF NEW YORK MELLON, F/K/A THE BANK OF NEW
               YORK AS TRUSTEE FOR REGISTERED HOLDERS OF CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2007-12
               rsolarz@kmllawgroup.com
```

```
District/off: 0312-3          User: admin               Page 2 of 2                Date Rcvd: Jan 09, 2019
                              Form ID: pdf905           Total Noticed: 14
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        Robert P. Saltzman   on behalf of Creditor   The Bank of New York Mellon f/k/a The Bank of New York, as Trustee for The Certificateholders CWABS, Inc., Asset-Backed Certificates, Series 2007-12 dnj@pbslaw.org

                                                                                                               TOTAL: 8